**File Hashes for IP Address 67.162.77.135**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/02/2015 20:33:31 | 8DDD948728F4F54584501F40D73B05FE991C3E09 | Among The Wildflowers |
| 06/02/2015 03:43:42 | CA0E8C0D2EC50EFF7DF8C95DBA50B3C26F78D86C | Above The Air |
| 06/01/2015 00:31:28 | CB1B1627DFAA751A71E8FD1F19EF6C6CD9CCF1CB | Hippie Chic |
| 04/24/2015 02:10:10 | F28D0927E5BE74E2D3052286F5C52A5E4D62EED8 | Spread Across The Floor |
| 03/17/2015 02:55:04 | 2A21A01D7D37D64381E8B3389EDEF16656E308B3 | Competition |
| 09/27/2014 21:33:51 | DA393152CDD6EC6C75F60E463CEA3C2C0C23FB13 | Cat Fight |
| 09/27/2014 21:25:38 | 1D7E74C33FAD4573A9D96C1F3EC14CD02445DD02 | Hot Bath For Two |
| 09/27/2014 21:24:40 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |
| 09/20/2014 01:51:54 | AE39BB805BC77C2091586ABBF9969875054EC6C0 | For Your Eyes Only |
| 09/06/2014 00:16:42 | 5FC4E9DEEC4674C3330589667370CCC9E89498B0 | Shes A Spinner |
| 09/06/2014 00:11:15 | 54880FE701AD5C7E9259D927AA174DDB30E28B85 | Paint Me White |
| 08/31/2014 22:17:11 | EF663D206331C330BDBAD60DE59F75F1315A293D | Elevated Erotica |
| 08/31/2014 22:15:52 | AE0A6BB64F202B84FF197083E06F3A7E72951983 | A Dream Of You |
| 08/31/2014 22:01:20 | 740FA6BB0661380827B67A08F961B04345E5FE0B | Taste Me |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

NIL642